IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ELIZABETH ELLEN CROCKETT, et al., )
)
    Plaintiffs, ) CASE NO. 3:12-0337
) JUDGE HAYNES
v. )
)
MUTUAL OF OMAHA BANK, )
Alleged Successor by Acquisition of )
FIRST NATIONAL BANK OF )
NEVADA and it's affiliates, as Trustee for )
FIRST NATIONAL BANK OF )
ARIZONA, )
M&T BANK CORPORATION, )
HSBC BANK USA, N.A., and )
MORTGAGE ELECTRONIC )
REGISTRATION SYSTEM, INC., as a )
Nominee for FIRST NATIONAL BANK )
OF ARIZONA, )
)
    Defendants. )

## ORDER

Upon review of the file in this action, Plaintiff has a pending bankruptcy proceeding in the Bankruptcy Court for this District. Although Plaintiff refers to a bankruptcy appeal, this Court's docket does not reflect any such appeal.

This action is **TRANSFERRED** to the Bankruptcy Court for the Middle District of Tennessee.

It is so **ORDERED**.

ENTERED this the 14th day of May, 2012.

_____
WILLIAM J. HAYNES, JR.
United States District Judge